UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSIE GALLARDO,

    Plaintiff,

v.                                                  Case No: 6:13-cv-645-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## **REPORT AND RECOMMENDATION**[1]

Pending before the Court is the Commissioner of Social Security's Unopposed Motion to Remand. (Doc. 7). The Commissioner requests that this case be remanded pursuant to sentence six of 42 U.S.C. § 405(g) so that the Commissioner can take further administrative action in the case. Pursuant to M.D. FLA. R. 3.01(g), counsel for the Commissioner represents that Plaintiff's attorney has been contacted and has no objection to the requested relief.

Pursuant to 42 U.S.C. § 405(g) of the Social Security Act, the Court may remand a case to the Commissioner on motion made for "good cause shown" before the Commissioner files an answer. Congress has clearly stated that good cause for remand may be found "where the claimant's files cannot be located or are incomplete."[2] In this case, the Commissioner has advised that Plaintiff's file is incomplete. A review of the

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and M.D. FLA. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

[2] H.R. Rep. No. 96-944, 96th Cong., 2d Sess. 59 (1980).

record reveals that the Commissioner has not yet filed an answer to the complaint. Upon due consideration I find that good cause exists to support a remand under sentence six. Accordingly, I respectfully recommend that:

1. The Commissioner's Unopposed Motion to Remand (Doc. 7) be **GRANTED**.
2. This action **REMANDED** to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g).
3. The Commissioner's Unopposed Motion to Remand (Doc. 6) be **DENIED as MOOT**.
4. The parties be directed to provide the Court with status reports on the progress of this case every ninety (90) days.
5. The Court retain jurisdiction over this matter.
6. The Clerk be directed to **ADMINISTRATIVELY CLOSE** the file and withhold the entry of a final judgment in this case.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on June 10, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

   Presiding United States District Judge
   Counsel of Record